## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KATHY HENLEY,

        Plaintiff,                        Case No. 8:26-cv-00544-MSS-AAS

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; OPPORTUNITY
FINANICAL, LLC; and TRANS
UNION LLC;

        Defendants.

_____/

## DEFENDANT TRANS UNION, LLC'S
## ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT

COMES NOW, Trans Union LLC ("Trans Union"), the Defendant herein, and files its Answer and Defenses to the Complaint ("Complaint") filed by Kathy Henly ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiffs' Complaint to the extent possible.

### PRELIMINARY STATEMENT

1.      Trans Union admits that Plaintiffs purport to bring an action with Fair Credit Reporting Act ("FCRA") claims but denies the remaining allegations of this paragraph. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## JURISDICTION AND VENUE

2.      Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

3.      Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

4.      Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

5.      Trans Union admits, solely based on the allegations contained in the Complaint, that venue is proper in this District.

## PARTIES

6.      Trans Union admits that Plaintiff is a natural person. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph of the Complaint and, therefore, denies same.

7.      Trans Union admits that Plaintiff is "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

8.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

9.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

10.     Trans Union admits that it is a limited liability company with its principal place of business in Chicago, Illinois. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

11.     Trans Union admits that it is authorized to do business in the State of Florida. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

12.     Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*   Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

13.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

14. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## FACTUAL ALLEGATIONS

15. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

16. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

17. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

18. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

19. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

20. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

21. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

22. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

23.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

24.     Trans Union admits that it sent Plaintiff her Trans Union consumer disclosure on October 20, 2025. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

25.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

27.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

29.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

30.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

32.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

33.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

34.     Trans Union admits that on December 19, 2025, it received an internet dispute purporting to be from Plaintiff regarding an Opportunity Financial account stating, " A written agreement to delete the Opploans/CCBank account was signed by both OppLoans and CCBank." Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

35. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

36. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

37. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

38. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

39. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

40. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

41. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

42.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

43.     Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

44.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

45.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

46.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

47.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it

49. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

50. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

51. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it

52. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

53. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

54. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

56. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

57. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

58. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

59. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

60. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

61. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

62.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

63.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

64.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

65.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

66.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

67.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

68.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

69.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**COUNT I**
**OPPLOANS' WILLFUL VIOLATIONS OF THE FCRA,**
**15 U.S.C. § 1681s-2(b)**

70.    Trans Union reasserts its answers and responses set forth herein.

71.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

72.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

73.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

74.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

75.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

Trans Union denies that the statements contained in the prayer paragraph of Count I require a response from Trans Union as they do not constitute allegations asserted against it.

## COUNT II
## OPPLOANS' NEGLIGENT VIOLATIONS OF THE FCRA,
## 15 U.S.C. § 1681s-2(b)

76.     Trans Union reasserts its answers and responses set forth herein.

77.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

78.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

79.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

80.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

Trans Union denies that the statements contained in the prayer paragraph of Count II require a response from Trans Union as they do not constitute allegations asserted against it.

## COUNT III
## EXPERIAN'S WILLFUL VIOLATIONS OF THE FCRA
## 15 U.S.C. § 1681i(a)(1)(A)

81.     Trans Union reasserts its answers and responses set forth herein.

82.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

83.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

84.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

85.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

Trans Union denies that the statements contained in the prayer paragraph of Count III require a response from Trans Union as they do not constitute allegations asserted against it.

## COUNT IV
## EXPERIAN'S NEGLIGENT VIOLATIONS OF THE FCRA
## 15 U.S.C. § 1681i(a)(1)(A)

86. Trans Union reasserts its answers and responses set forth herein.

87. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

88. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

89. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

90. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

Trans Union denies that the statements contained in the prayer paragraph of Count IV require a response from Trans Union as they do not constitute allegations asserted against it.

**COUNT V**
**TRANS UNION'S WILLFUL VIOLATIONS OF THE FCRA**
**15 U.S.C. § 1681i(a)(1)(A)**

91.    Trans Union reasserts its answers and responses set forth herein.

92.    Trans Union denies the allegations of this paragraph.

93.    Trans Union denies the allegations of this paragraph.

94.    Trans Union denies the allegations of this paragraph.

95.    Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

Trans Union denies the statements contained in the prayer paragraph of Count V. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**COUNT VI**
**TRANS UNION'S NEGLIENT VIOLATIONS OF THE FCRA,**
**15 U.S.C. § 1681i(a)(1)(A)**

96.    Trans Union reasserts its answers and responses set forth herein.

97. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

98. Trans Union denies the allegations of this paragraph.

99. Trans Union denies the allegations of this paragraph.

100. Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

Trans Union denies the statements contained in the prayer paragraph of Count VI. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT VII
## OPPLOANS' BREACH OF CONTRACT

101. Trans Union reasserts its answers and responses set forth herein.

102. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

103. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

104. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

Trans Union denies that the statements contained in the prayer paragraph of Count VII require a response from Trans Union as they do not constitute allegations asserted against it.

## JURY TRIAL DEMANDED

Trans Union admits that Plaintiffs demands a jury and objects to the extent that any of the issues demanded are not so triable.

## DEFENSES

1. Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.      Trans Union at all times acted in compliance with the FCRA.

5.      Plaintiff failed to mitigate her alleged damages.

6.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

7.      In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

8.      Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

9.      Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,


*/s/ Charlotte Long*

Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte Long
Charlotte Long, Esq.